IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Brent G. Dade
Karen M. Dade
          Debtors

Bankruptcy No. 07-04720
Judge Bruce W. Black (Joliet)
Chapter: 13

## STATEMENT OF OUTSTANDING OBLIGATIONS

HSBC MORTGAGE SERVICES IN RESPONSE, to the Notice of Payment of Final Mortgage Cure Under Rule 3002.1(f) served upon HSBC Mortgage Services, by the Trustee on July 27, 2012, states the following:

1. HSBC Mortgage Services hereby considers the default listed in claim 11-1 to be fully paid and cured.
2. That on the date this statement was filed the Debtors were in default on their monthly post petition mortgage payment in the amount of $24,902.17. Please see the attached itemization of default.

/s/ Andrew E. Houha
Andrew E. Houha, ARDC #6216265
Attorney for HSBC Mortgage Services

## CERTIFICATE OF MAILING

TO: Brent G. Dade, 422 N. Raven Rd., Shorewood, IL 60404
Karen M. Dade, 422 N. Raven Rd., Shorewood, IL 60404
Glenn B. Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532
Brian E. Thompson, 20 W. Kinzie, Suite 1300, Chicago, IL 60610
Patrick S. Layng, 219 S. Dearborn, Rm. 873, Chicago, IL 60604

I, Andrew E. Houha, an attorney, certify that I caused to be mailed copies of this Statement of Outstanding Obligations to the Debtors on August 24, 2012, postage prepaid by depositing the same in the U.S. Mail at 230 W. Monroe St., Chicago, IL 60606. The remaining parties were served by this Court's CM/ECF electronic noticing system.

/s/ Andrew E. Houha
Andrew E. Houha, IL ARDC #6216265

Andrew E. Houha
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

Bankruptcy No. 07-04720

POST PETITION DEFAULT

| Default Start Date | Default End Date | Payment Amount | Number of Payments Missed | Total |
|---|---|---|---|---|
| April 1, 2009 | August 1 ,2012 | $607.37 | 41 | $24, 902.17 |

August 24, 2012